THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN COVINGTON, Appellant.

Submitted June 22, 2009; decided June 24, 2009

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VINCENT FIAMMEGTA, Appellant.

Submitted June 8, 2009; decided June 24, 2009

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PETER J. MALISZEWSKI, Appellant.

Submitted June 22, 2009; decided June 24, 2009

Motion for assignment of counsel granted and Mary Davison, Esq. care of Davison Law Office, PO Box 652, Canandaigua, New York 14424 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT MOTHERSELL, Appellant.

Submitted June 22, 2009; decided June 24, 2009

Motion for assignment of counsel granted and Gerald T. Barth, Esq., Frank H. Hiscock Legal Aid Society, 351 South Warren Street, Syracuse, New York 13202 assigned as counsel to the appellant on the appeal herein.